IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JON PIERRE GENDRON, | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:15-cv-66 |
| | § | |
| SAFECO INSURANCE COMPANY | § | |
| OF AMERICA AND GENERAL INSURANCE | § | |
| COMPANY OF AMERICA, | § | |
| *Defendants.* | § | |

## STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiff, Jon Pierre Gendron, and Defendants, Safeco Insurance Company of America and General Insurance Company of America, and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal, with prejudice, of Plaintiff's claims and causes of action against Defendants.

It is agreed that all costs and expenses are to be borne by the party incurring the same.

Signed on the 13th day of November, 2015.

Respectfully submitted

_____
Ivan F. Perez
State Bar No. 24027608
USDC No. 27216
*Attorney-in-Charge*
Juan M. Pequeno
State Bar No. 24079124
USDC No. 1430770
*Of Counsel*
JONES, GALLIGAN, KEY
& LOZANO, P.L.L.C.
Town Center Tower, Ste. 300
2300 West Pike Blvd.
Weslaco, Texas 78596

1

Telephone: (956) 968-5402
Facsimile: (956) 969-9402

ATTORNEYS FOR PLAINTIFF


_____ w/p
Frank Sabo, Jr.
State Bar No. 17500300
USDC No. 20213
*Attorney-in-Charge*
Ysmael D. Fonseca
State Bar No. 24069726
USDC No. 1139283
*Of Counsel*
GUERRA, LEEDS, SABO
& HERNANDEZ, P.L.L.C.
10213 North 10th Street
McAllen, Texas 78504
Telephone: (956) 383-4300
Facsimile: (956) 383-4304

ATTORNEYS FOR DEFENDANTS