UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JON PIERRE GENDRON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:15-CV-066 |
| | § | |
| SAFECO INSURANCE COMPANY OF AMERICA, *et al*, | § § § | |
| | § | |
| Defendants. | § | |

## **ORDER**

The Court now considers the "Stipulation of Dismissal,"[1] filed by Plaintiff and Defendants announcing to the Court that the parties stipulate to the dismissal of the case. The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which provides for dismissal without a court order upon stipulation by all parties who have appeared. Since the filing is signed by counsel for both Plaintiff and Defendants, the only parties in the case, the parties have effectively dismissed the case and no order is necessary. Thus, the Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 20th day of November, 2015.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 12.